

**NUMBER 13-13-00424-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MOHAMMAD KOTAKI AND
ARIYAN ZARAIEN,                                                    **Appellants,**

**v.**

SHAHIN ZARAINEH,                                                   **Appellee.**

### On appeal from the 206th District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Longoria
### Memorandum Opinion Per Curiam

This appeal was abated by this Court on September 6, 2013, to allow the parties

the opportunity to finalize a settlement agreement. This case is before the Court on an

"Agreed, Joint Motion to Submit Agreed Appellate Record and Affirm Amended, Agreed

Judgment Pursuant to Settlement Agreement." Accordingly, this case is hereby

REINSTATED.

According to the motion, the parties have settled the dispute in this appeal and the trial court has signed an agreed, amended decree of divorce on August 13, 2013. The parties request that this Court adopt the judgment issued by the trial court on August 13, 2013 as the agreed appellate record and affirm the trial court's August 13, 2013 judgment.

The Court, having examined and fully considered the agreed motion, is of the opinion that it should be granted. Accordingly, we GRANT the parties' request to accept the agreed appellate record and affirm the trial court's judgment of August 13, 2013. *See* TEX. R. APP. P. 42.1(a)(2). Pursuant to the agreement of the parties, costs will be taxed against the party incurring same. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
5th day of December, 2013.

2